```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CIVIL DOCKET ENTRIES FOR CASE A04-0108--CV (JKS)
                "USA V WINDY BAY INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 05/24/04
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                  RE: OIL POLLUTION
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Waived
         Trial by: Court
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| | | R. Michael Underhill<br>U.S. Department of Justice<br>POB 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>415-436-6648 |
| DEF 1.1 | WINDY BAY INC | William T. Montgomery<br>Montgomery Scarp<br>1218 3rd Avenue, Suite 2700<br>Seattle, WA 98101<br>206-625-1801<br>FAX 206-625-1807 |
| DEF 2.1 | | William T. Montgomery<br>(see above) |
| DEF 3.1 | | William T. Montgomery<br>(see above) |
| DEF 4.1 | [T] WOECK, PETER F. II | No counsel found for this party! |
| DEF 5.1 | JENKINS, MICHAEL D. | Robert A. Green<br>1900 W. Nickerson Street<br>Fishermen's Center #203<br>Seattle, WA 98119<br>206-285-9481<br>FAX 206-284-4525 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0108--CV (JKS)
                "USA V WINDY BAY INC ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| | | Kevin Beauchamp Smith |
| | | 4714 Ballard Avenue NW, PMB194 |
| | | Seattle, WA 98107-4850 |
| | | 206-781-1657 |
| | | FAX 206-789-5880 |
| DEF 6.1 | KENNEDY, TIMOTHY J. | Robert A. Green |
| | | (see above) |
| | | |
| | | Kevin Beauchamp Smith |
| | | (see above) |
| | | |
| DEF 7.1 | KELLY, JOHN | William T. Montgomery |
| | | (see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0108--CV (JKS)
                                  "USA V WINDY BAY INC ET AL"

                                       For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/24/04
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                    RE: OIL POLLUTION
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Waived
          Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/24/04 | Complaint filed. |
| NOTE - 1 | 06/16/04 | Issued: summons re: DEF 1-7. |
| 2 - 1 | 08/25/04 | JKS Minute Order (failure to serve); proceed to serve so as to comply w/Fed.R.Civ.P. 4(m).  cc: cnsl |
| 3 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 4 on 8/2 through P. Woeck II. |
| 4 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 1 on 8/2 through P. Woeck II. |
| 5 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 2 on 8/2 through P. Woeck II. |
| 6 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 3 on 8/2 through P. Woeck II. |
| 7 - 1 | 08/30/04 | PLF 1 Return of Service Executed re: DEF 1,2,3 on 7/21 through Ralph W. Hansen. |
| 8 - 1 | 09/08/04 | PLF 1 Return of Service Executed re: DEF 1 on 8/27/04 through Michael D. Jenkins. |
| 9 - 1 | 09/08/04 | PLF 1 Return of Service Executed re: DEF 2 on 8/27/04 through Michael D. Jenkins. |
| 10 - 1 | 09/08/04 | PLF 1 Return of Service Executed re: DEF 3 on 8/27/04 through Michael D. Jenkins. |
| 11 - 1 | 09/09/04 | DEF 6 Attorney Appearance of K. Smith. |
| 12 - 1 | 09/13/04 | JKS Minute Order re pltf to require an answer or apply for default re D1-4; (warning) pltf to require proof of service re D5-7 due 120 from flg of cmplt. cc: cnsl |
| 13 - 1 | 09/17/04 | PLF 1 Return of Service Executed re:DEF 5  on 8/27/04. |
| 14 - 1 | 09/17/04 | PLF 1 Return of Service Executed re: DEF 7 on 9/9/04. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0108--CV (JKS)
                             "USA V WINDY BAY INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 09/24/04 | JKS Minute Order that pltf to require an answer re D5 or apply for default due w/in 20 days.  cc: cnsl |
| 16 - 1 | 09/27/04 | PLF 1 Attorney Appearance of R. Michael Underhill. |
| 17 - 1 | 09/28/04 | DEF 5-6 Answer to Complaint. |
| 18 - 1 | 10/04/04 | DEF 1-3; 7 Attorney Appearance of William Montgomery. |
| 19 - 1 | 10/04/04 | PLF 1; DEF 1-3; 7 Stipulation for ext of time to file answer. |
| 20 - 1 | 10/04/04 | DEF 1-3; 7 Certificate of service re: PLF 1; DEF 1-3; 7 Stipulation for ext of time to file answer (19-1) & re Atty Appearance (18-1). |
| 19 - 2 | 10/06/04 | JKS Order granting stipulation for ext of time to 10/15 for DEF 1-3, 7 to file answer (19-1). cc: cnsl |
| 21 - 1 | 10/14/04 | JKS Minute Order (warning) D4 will be dismissed for lack of prosecution if no answer or dflt has not been taken by 120 days from flg of cmplt. cc: cnsl |
| 22 - 1 | 10/18/04 | DEF 7 Answer to Complaint. |
| 23 - 1 | 10/18/04 | DEF 1-3 Answer to Complaint. |
| 24 - 1 | 10/18/04 | DEF 1-3; 7 Certificate of service re: DEF 1,2,3 & 7 answer to complaint. |
| 25 - 1 | 10/25/04 | PLF 1 Response to Court's 10/14 Minute Order re D4. |
| 25 - 2 | 10/25/04 | PLF 1 motion for ext of time to 11/16 to file dsmssl w/o prej or default re D4. |
| 25 - 3 | 10/29/04 | JKS Order granting motion for ext of time to 11/16 to file dsmssl w/o prej or default re D4 (25-2). cc: cnsl |
| 26 - 1 | 11/16/04 | PLF 1; DEF 1-3; 5-7 Stipulation for dismissal w/o prejudice as to D4 (Peter F. Woeck II). |
| 26 - 2 | 11/16/04 | JKS Order granting stipulation for dismissal w/o prejudice as to D4 (Peter F. Woeck II) (26-1). cc: cnsl |
| 27 - 1 | 11/18/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 28 - 1 | 12/09/04 | DEF 5-6 motion (application) to appear pro hac vice. |
| 28 - 2 | 12/13/04 | JKS Order granting motion (application) to appear pro hac vice (28-1). cc: cnsl |
| 29 - 1 | 12/20/04 | PLF 1; DEF 1-3; 5-7 Scheduling and Planning Conference Report. |
| 30 - 1 | 12/22/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/20/06; Dispositive motions deadline 02/20/06; Estimate of trial 12 days; TBC. cc: cnsl |
| 31 - 1 | 11/04/05 | PLF 1 Notice of filing attached letters as exh A w/att  exh. |