PETER D. KEISLER  
Assistant Attorney General  
TIMOTHY M. BURGESS  
United States Attorney  
R. MICHAEL UNDERHILL  
Attorney in Charge  
Torts Branch, Civil Division  
U.S. Department of Justice  
7th Floor Federal Bldg., Room 7-5395  
P.O. Box 36028  
450 Golden Gate Avenue  
San Francisco, California  94102-3463  
Telephone: (415) 436-6648  
Fax: (415) 436-6632  
mike.underhill@usdoj.gov  

THE HONORABLE JAMES K. SINGLETON, JR.

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. A04-0108 CV (JKS) |
| ) | |
| Plaintiff, ) | IN ADMIRALTY |
| ) | |
| v. ) | |
| ) | |
| WINDY BAY, INC., an Alaska Corporation, ) | STATUS REPORT AND NOTICE |
| WINDY BAY, INC., a Washington Corporation,) | OF SETTLEMENT AND INTENTION TO |
| WINDY BAY, INC., another Washington) | FILE STIPULATED ORDER OF |
| Corporation, MICHAEL D. JENKINS, TIMOTHY) | DISMISSAL |
| J. KENNEDY, and JOHN KELLY, *in personam,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

In response to the Court's February 21st Order (Docket No. 32), the United States advises that a settlement has been entered into by the parties. An initial payment required by the settlement has been received. The final payment called for by the settlement is to be paid to the Government shortly – *i.e.,* in or about the first week of March. Upon receipt of the said final payment, the parties will

//

//

//

//

| | |
|---|---|
| 1 | file a Stipulated Dismissal, the terms of which have already been agreed upon. |
| 2 | Dated: February 21, 2006.           Respectfully submitted, |
| 3 |                                              PETER KEISLER |
|   |                                              Assistant Attorney General |
| 4 |                                              TIMOTHY M. BURGESS |
|   |                                              United States Attorney |
| 6 |                                              /s/ R. Michael Underhill |
|   |                                              R. MICHAEL UNDERHILL |
| 7 |                                              Attorney in Charge |
|   |                                              U. S. Dept. of Justice |
| 9 |                                              Attorneys for Plaintiff |
|   |                                              United States of America |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 21, 2006, I served a copy of the foregoing Status Report by first class mail, postage prepaid, upon the following:

**BOB GREEN, LAW OFFICE OF BOB GREEN**
**1900 W. NICKERSON, STE. 203**
**FISHERMAN'S CENTER**
**SEATTLE, WA. 98119**

**JOHN MacDOUGAL**
**MONTGOMERY SKARP**
**SEATTLE TOWER, FLOOR 27**
**1218 THIRD AVE.**
**SEATTLE, WA  98101**

          /s/ Bonnie Li
          BONNIE LI