| | |
|---|---|
| PETER D. KEISLER | THE HONORABLE JAMES K. SINGLETON, JR. |

PETER D. KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor Federal Bldg., Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. A04-0108 CV (JKS) |
| Plaintiff, | ) | IN ADMIRALTY |
| v. | ) | |
| WINDY BAY, INC., an Alaska Corporation, WINDY BAY, INC., a Washington Corporation, WINDY BAY, INC., another Washington Corporation, MICHAEL D. JENKINS, TIMOTHY J. KENNEDY, and JOHN KELLY, *in personam*, | ) | STIPULATED DISMISSAL WITH PREJUDICE |
| Defendants. | ) | |

WHEREFORE, the parties having settled this action, and based upon the undersigned consents of counsel, it is hereby

ORDERED that the United States' Complaint and action against WINDY BAY, INC., an Alaska Corporation, WINDY BAY, INC., a Washington Corporation, WINDY BAY, INC., another Washington Corporation, MICHAEL D. JENKINS, TIMOTHY J. KENNEDY, and JOHN KELLY, *in personam,* shall be, and the same are, hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Fed.R.Civ.P.; and it is further

1  ORDERED that the foregoing dismissal of the United States' Complaint and action with prejudice shall include, without limitation, any and all claims, actions, and causes of action, whether heretofore asserted or not, that were or could have been asserted pertaining to, or arising from, the August 1, 2001 sinking of the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill resulting from said sinking; and it is further

ORDERED that this dismissal herein shall include, without limitation, a full and complete waiver and dismissal, with prejudice, of any and all claims, rights, and actions, whether heretofore asserted or not, that the Defendants asserted or could have asserted against the United States, including, but not limited to, claims asserted against the U.S. Coast Guard National, Pollution Funds Center, Oil Spill Liability Trust Fund, pertaining to, or arising from, the August 1, 2001 sinking of the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill resulting from said sinking; and it is further

ORDERED that the parties shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE


WE HEREBY CONSENT TO ENTRY
OF THE FOREGOING ORDER:

PETER KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney

_____
R. MICHAEL UNDERHILL
Attorney in Charge
U. S. Dept. of Justice

Attorneys for Plaintiff
United States of America

//
//

STIPULATED DISMISSAL WITH PREJUDICE - A04-0108 CV (JKS)

2

1  LAW OFFICE OF ROBERT A. GREEN
2  *(signature)*
3  ROBERT A. GREEN, Esq.
4  Attorneys for Michael D. Jenkins and
   Timothy J. Kennedy
5
6
7  MONTGOMERY SKARP
8
9  JOHN MacDOUGAL, Esq.
10 Attorneys for Windy Bay, Inc., an Alaska Corporation,
   Windy Bay, Inc., a Washington Corporation,
11 Windy Bay, Inc., another Washington Corporation, and
   John Kelly

LAW OFFICE OF:
KEVIN BEAUCHAMP SMITH
*(signature)*
ALASKA BAR # 0010064

STIPULATED DISMISSAL WITH PREJUDICE - A04-0108 CV (JKS)

3


Case 3:04-cv-00108-JKS    Document 35    Filed 03/13/2006    Page 4 of 5

1 | MONTGOMERY SKARP

2 | _[signature]_ AK BAR # 9311046

3 | JOHN MacDOUGAL, Esq.

4 | Attorneys for Windy Bay, Inc., an Alaska Corporation,
Windy Bay, Inc., a Washington Corporation,
5 | Windy Bay, Inc., another Washington Corporation, and
John Kelly

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2006, I served a copy of the foregoing Stipulated Dismissal With Prejudice by electronic and by first-class mail, postage prepaid, upon the following:

BOB GREEN, LAW OFFICE OF BOB GREEN
1900 W. NICKERSON, STE. 203
FISHERMAN'S CENTER
SEATTLE, WA. 98119

JOHN MacDOUGAL
MONTGOMERY SKARP
SEATTLE TOWER, FLOOR 27
1218 THIRD AVE.
SEATTLE, WA 98101

KEVIN B. SMITH
4714 BALLARD AVENUE NW, PMB 194
SEATTLE, WA 98107-4850

_____
BONNIE LI