PETER D. KEISLER                          THE HONORABLE JAMES K. SINGLETON, JR.
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge
Torts Branch, Civil Division
U.S. Department of Justice
7th Floor Federal Bldg., Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Fax: (415) 436-6632
mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. A04-0108 CV (JKS) |
| Plaintiff, ) | IN ADMIRALTY |
| v. ) | |
| WINDY BAY, INC., an Alaska Corporation, ) WINDY BAY, INC., a Washington Corporation,) WINDY BAY, INC., another Washington) Corporation, MICHAEL D. JENKINS, TIMOTHY) J. KENNEDY, and JOHN KELLY, *in personam*, ) | STIPULATED DISMISSAL WITH PREJUDICE |
| Defendants. ) | |

WHEREFORE, the parties having settled this action, and based upon the undersigned consents of counsel, it is hereby

ORDERED that the United States' Complaint and action against WINDY BAY, INC., an Alaska Corporation, WINDY BAY, INC., a Washington Corporation, WINDY BAY, INC., another Washington Corporation, MICHAEL D. JENKINS, TIMOTHY J. KENNEDY, and JOHN KELLY, *in personam,* shall be, and the same are, hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Fed.R.Civ.P.; and it is further

1    ORDERED that the foregoing dismissal of the United States' Complaint and action with

2 prejudice shall include, without limitation, any and all claims, actions, and causes of action, whether

3 heretofore asserted or not, that were or could have been asserted pertaining to, or arising from, the

4 August 1, 2001 sinking of the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill

5 resulting from said sinking; and it is further

6    ORDERED that this dismissal herein shall include, without limitation, a full and complete

7 waiver and dismissal, with prejudice, of any and all claims, rights, and actions, whether heretofore

8 asserted or not, that the Defendants asserted or could have asserted against the United States,

9 including, but not limited to, claims asserted against the U.S. Coast Guard National, Pollution Funds

10 Center, Oil Spill Liability Trust Fund, pertaining to, or arising from, the August 1, 2001 sinking of

11 the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill resulting from said sinking;

12 and it is further

13    ORDERED that the parties shall bear their own costs and fees.

14    IT IS SO ORDERED.

Dated: _____.                          _____
                                                    UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT TO ENTRY
OF THE FOREGOING ORDER:

PETER KEISLER
Assistant Attorney General
TIMOTHY M. BURGESS
United States Attorney


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge
U. S. Dept. of Justice

Attorneys for Plaintiff
United States of America

//
//

1  LAW OFFICE OF ROBERT A. GREEN

2
   /s/ Robert A. Green
3  ROBERT A. GREEN, Esq.

4

5  LAW OFFICES OF KEVIN BEAUCHAMP

6

7  /s/ Kevin B. Smith
   KEVIN B. SMITH, ALASKA BAR NO. 0010064
8

9  Attorneys for Michael D. Jenkins and
   Timothy J. Kennedy
10

11 MONTGOMERY SKARP

12
   /s/ John MacDougal
13 JOHN MacDOUGAL, Esq.

14 Attorneys for Windy Bay, Inc., an Alaska Corporation,
   Windy Bay, Inc., a Washington Corporation,
15 Windy Bay, Inc., another Washington Corporation, and
   John Kelly

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2006, I served a copy of the foregoing Stipulated Dismissal With Prejudice by first class mail, postage prepaid, upon the following:

**BOB GREEN, LAW OFFICE OF BOB GREEN**
**1900 W. NICKERSON, STE. 203**
**FISHERMAN'S CENTER**
**SEATTLE, WA. 98119**

**JOHN MacDOUGAL**
**MONTGOMERY SKARP**
**SEATTLE TOWER, FLOOR 27**
**1218 THIRD AVE.**
**SEATTLE, WA  98101**

**KEVIN B. SMITH**
**4714 BALLARD AVENUE NW, PMB 194**
**SEATTLE, WA 98107-4850**

　　　　　　　　　　　　　　　　　　/s/ Bonnie Li
　　　　　　　　　　　　　　　　　　　BONNIE LI