| | |
|---|---|
| 1  PETER D. KEISLER | THE HONORABLE JAMES K. SINGLETON, JR. |
|    Assistant Attorney General | |
| 2  TIMOTHY M. BURGESS | |
|    United States Attorney | |
| 3  R. MICHAEL UNDERHILL | |
|    Attorney in Charge | |
| 4  Torts Branch, Civil Division | |
|    U.S. Department of Justice | |
| 5  7th Floor Federal Bldg., Room 7-5395 | |
|    P.O. Box 36028 | |
| 6  450 Golden Gate Avenue | |
|    San Francisco, California 94102-3463 | |
| 7  Telephone: (415) 436-6648 | |
|    Fax: (415) 436-6632 | |
| 8  mike.underhill@usdoj.gov | |

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. A04-0108 CV (JKS) |
| ) | |
| Plaintiff, ) | IN ADMIRALTY |
| ) | |
| v. ) | |
| ) | |
| WINDY BAY, INC., an Alaska Corporation, ) | STIPULATED DISMISSAL WITH |
| WINDY BAY, INC., a Washington Corporation,) | <u>PREJUDICE</u> |
| WINDY BAY, INC., another Washington) | |
| Corporation, MICHAEL D. JENKINS, TIMOTHY) | |
| J. KENNEDY, and JOHN KELLY, *in personam*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

WHEREFORE, the parties having settled this action, and based upon the undersigned consents of counsel, it is hereby

ORDERED that the United States' Complaint and action against WINDY BAY, INC., an Alaska Corporation, WINDY BAY, INC., a Washington Corporation, WINDY BAY, INC., another Washington Corporation, MICHAEL D. JENKINS, TIMOTHY J. KENNEDY, and JOHN KELLY, *in personam,* shall be, and the same are, hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Fed.R.Civ.P.; and it is further

1    ORDERED that the foregoing dismissal of the United States' Complaint and action with
2 prejudice shall include, without limitation, any and all claims, actions, and causes of action, whether
3 heretofore asserted or not, that were or could have been asserted pertaining to, or arising from, the
4 August 1, 2001 sinking of the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill
5 resulting from said sinking; and it is further

6    ORDERED that this dismissal herein shall include, without limitation, a full and complete
7 waiver and dismissal, with prejudice, of any and all claims, rights, and actions, whether heretofore
8 asserted or not, that the Defendants asserted or could have asserted against the United States,
9 including, but not limited to, claims asserted against the U.S. Coast Guard National, Pollution Funds
10 Center, Oil Spill Liability Trust Fund, pertaining to, or arising from, the August 1, 2001 sinking of
11 the F/V WINDY BAY in Prince William Sound, Alaska, and the oil spill resulting from said sinking;
12 and it is further

13    ORDERED that the parties shall bear their own costs and fees.

14    IT IS SO ORDERED.

15 Dated: 3/13/06

**REDACTED SIGNATURE**
UNITED STATES DISTRICT JUDGE

18 WE HEREBY CONSENT TO ENTRY
   OF THE FOREGOING ORDER:
19

20 PETER KEISLER
   Assistant Attorney General
21 TIMOTHY M. BURGESS
   United States Attorney
22

23 [signature]
   R. MICHAEL UNDERHILL
24 Attorney in Charge
   U. S. Dept. of Justice
25
   Attorneys for Plaintiff
26 United States of America

27 //
   //
28

STIPULATED DISMISSAL WITH PREJUDICE - A04-0108 CV (JKS)                    2

| | |
|---|---|
| 1 | LAW OFFICE OF ROBERT A. GREEN | LAW OFFICE OF KEVIN BEAUCHAMP SMITH |

1  LAW OFFICE OF ROBERT A. GREEN        LAW OFFICE OF
2  _____         KEVIN BEAUCHAMP SMITH
3  ROBERT A. GREEN, Esq.                  _____
4  Attorneys for Michael D. Jenkins and   ALASKA BAR #0010064
   Timothy J. Kennedy
5
6
7  MONTGOMERY SKARP
8
9  _____
   JOHN MacDOUGAL, Esq.
10 Attorneys for Windy Bay, Inc., an Alaska Corporation,
   Windy Bay, Inc., a Washington Corporation,
11 Windy Bay, Inc., another Washington Corporation, and
   John Kelly
12
...
28

1  MONTGOMERY SKARP

2  *[signature]* AK BAR # 9311/06

3  JOHN MacDOUGAL, Esq.

4  Attorneys for Windy Bay, Inc., an Alaska Corporation,
   Windy Bay, Inc., a Washington Corporation,
5  Windy Bay, Inc., another Washington Corporation, and
   John Kelly

STIPULATED DISMISSAL WITH PREJUDICE - A04-0108 CV (JKS)

4

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I HEREBY CERTIFY that on March 13, 2006, I served a copy of the foregoing Stipulated |
| 3 | Dismissal With Prejudice by electronic and by first-class mail, postage prepaid, upon the following: |
| 4 | |
| 5 | BOB GREEN, LAW OFFICE OF BOB GREEN<br>1900 W. NICKERSON, STE. 203 |
| 6 | FISHERMAN'S CENTER<br>SEATTLE, WA. 98119 |
| 7 | JOHN MacDOUGAL |
| 8 | MONTGOMERY SKARP<br>SEATTLE TOWER, FLOOR 27<br>1218 THIRD AVE. |
| 9 | SEATTLE, WA 98101 |
| 10 | KEVIN B. SMITH<br>4714 BALLARD AVENUE NW, PMB 194 |
| 11 | SEATTLE, WA 98107-4850 |

*[signature]*
BONNIE LI